IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MILDRED MILLAR,** : | CIVIL ACTION NO. 1:04-CV-2529 |
| : | |
| **Plaintiff** : | (Judge Conner) |
| : | |
| **v.** : | |
| : | |
| **WINDSOR TOWNSHIP, et al.,** : | |
| : | |
| **Defendants** : | |

### ORDER

AND NOW, this 6th day of June, 2006, upon consideration of the document (Doc. 37) captioned "stipulation for enlargement of time" and executed by counsel for the parties, in which counsel agree that plaintiff shall have additional time to respond to defendant's motion for summary judgment and statement of material facts,[1] and it appearing that the document may be construed as a motion for enlargement of time, see FED. R. CIV. P. 6(b)(1) ("[When] an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . order the period enlarged . . . ."), it is hereby ORDERED that:

1.  The document (Doc. 37) captioned "stipulation for enlargement of time" is CONSTRUED as a motion for an enlargement of time and GRANTED as so construed. See FED. R. CIV. P. 6(b)(1).

---

[1] The Federal Rules of Civil Procedure do not grant the parties independent authority to extend case management deadlines absent approval by the court. See FED. R. CIV. P. 6(b), 12(a), 16(b); see also L.R. 1.3, 7.6; cf. FED. R. CIV. P. 29 (stating that parties may generally modify discovery deadlines by stipulation but that court approval is required if a modification "would interfere with" case management deadlines).

2. On or before June 19, 2006, plaintiff shall file appropriate responses to defendant's motion for summary judgment and statement of material facts.

  /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge